UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

IN THE MATTER OF THE           :   Crim. No. 06-699 (RBK)
APPLICATION OF THE UNITED
STATES OF AMERICA FOR AN ORDER    :
FOR DISCLOSURE OF
TELECOMMUNICATIONS RECORDS     :   ORDER
FOR CELLULAR TELEPHONE NUMBER
(856)364-9611 WITH PUSH TO TALK     :
FEATURE 168*11415*308

                                                :

This matter having come before the court upon the court upon the application of Christopher J. Christie, United States Attorney for the District of New Jersey (by Jacqueline M. Carle, Assistant United States Attorney), for an Order pursuant to Title 18, United States Code, Sections 2703(d), 3121-3127, requesting the production of certain telecommunications records, the Court finds that the applicant has shown that the information sought is material and relevant to an ongoing criminal investigation regarding a series of armed bank robberies, in connection with violations of, *inter alia*, Title 18, United States Code, Section 2113(d).

IT IS ORDERED, pursuant to Title 18, United States Code, Sections 2703(d), 3121-3127, that Sprint/Nextel Corporate Security (hereafter "Sprint/Nextel") shall, forthwith, furnish agents of the United States Federal Bureau of Investigation (hereinafter "FBI") with the following telecommunication records and assistance pertaining to cellular/wireless telephone number 856-364-9611 with push to talk feature 168*11415*308, to include call detail records, and/or "fraud buster reports," for the time period of December 2, 2005 to August 23, 2006:

7

1.   Any and all cell site activations and any other precision location information, including cell site information for UFMI and/or Direct Connect communications;

2.   Numbers dialed: including "fraud buster" reports, SMS and text message origination and termination, dialed digit extraction;

3.   Incoming numbers if identified;

4.   Call durations;

5.   Subscriber, ESN/IMSI and billing information for the specified cellular/wireless telephone;

6.   Subscriber, ESN/IMSI and billing information for the specified cellular/wireless telephone;

7.   An engineering map, showing all cell-site tower locations/addresses, sectors and orientations; and a list of control channels/radio channels and their corresponding cell sites;

8.   The physical address/location of all cellular towers in the specified market;

9.   Any and all information regarding features such as Boost Multimedia Messaging Service (MMS), MMS Usage, enhanced text messaging, short message service, packet data usage, three-way calling, call waiting, call forwarding, Sprint Wireless Direct Connect, Direct Connect Cross Fleet, Nationwide Direct Connect, or International Direct Connect;

10.    Records and assistance requested in this Application shall be provided to any agent of the FBI upon request;

ORDERED THIS   **13**<sup>TH</sup>   day of February, 2008.


                                     HONORABLE ROBERT B. KUGLER
United States District Court Judge