UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS

**CAMDEN OFFICE:**  **DATE OF PROCEEDINGS:** 2/27/08

**JUDGE:** Robert B. Kugler

**COURT REPORTER:** Carl Nami, Jr.

**OTHERS:**  **DOCKET NO:** CR #06-699

**TITLE OF CASE:**

UNITED STATES OF AMERICA
    (vs)
STEVEN GANTT, a/k/a "Boz" and
KEVIN TAYLOR, a/k/a "Qadir"

**APPEARANCES:**
James P. Lynch, AUSA for Gov.'t.
Jacqueline Carle, AUSA for Gov.'t.
Frederick W. Klepp, Esq. for deft. Gantt
John P. Renner, Esq. for deft. Taylor

**NATURE OF PROCEEDINGS:** - TRIAL W/JURY CONTINUED BEFORE THE HON. ROBERT B. KUGLER, U.S.D.J.

Jury selection continued.

ORDERED jury sworn; Jury sworn. (66 Challenges)

TRIAL W/JURY ADJOURNED UNTIL 2/27/08 @ 9:30 AM.

                                              Deputy Clerk

Time Commenced: 10:20 AM      Time Adjourned: 3:50 PM